FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 2, 2014

No. 04-13-00642-CV

Rey **ROJAS-SILVA**,
Appellant

v.

**STATE OF TEXAS FOR THE PROTECTION OF LORENA ROJAS**,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06892
Honorable Jason Pulliam, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to file Brief is hereby GRANTED. Time is extended to January 27, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court